■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SANTOS, Appellant. [655 NYS2d 1015] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered March 23, 1995, convicting him of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, in view of the elements of each crime as charged to the jury, the defendant's acquittal on the count charging criminal possession of a weapon in the second degree did not necessarily negate the intent element or any other element of manslaughter in the first degree *(see, People v Tucker,* 55 NY2d 1; *People v Stitt,* 201 AD2d 593; *People v Miles,* 198 AD2d 445). Thus, the verdict was not repugnant.

The defendant's remaining contentions are without merit. Rosenblatt, J. P., Thompson, Altman and Luciano, JJ., concur.